## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 1:05CR-31-R** |
| **LESTER HERRON** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

    This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, Lester Herron, by consent and with John Caudill, retained Counsel, appeared in open court on February 16, 2006, and entered a plea of guilty to Count 1 of the indictment with a plea agreement. The United States was represented by Brian Butler, Assistant United States Attorney. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the indictment, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly. Sentencing is hereby scheduled for **May 3, 2006 at 11:30 a.m. CST** before the Honorable Thomas B. Russell, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.   The defendant shall remain on his present bond pending the next court appearance..

February 22, 2006

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

30